FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JANET L. MORA,<br><br>      Petitioner,<br><br>v.<br><br>DEBORAH PATRICK,<br><br>      Respondent. | No. CV 07-5519-MMM (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 13, 2008

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE